IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE CHOWNS GROUP, LLC,** *Plaintiff,* <br><br> v. <br><br> **LIBERTY MUTUAL INSURANCE COMPANY,** *Defendant.* | **CIVIL ACTION NO. 2:22-cv-02275-MMB** |

## ORDER RE MOTION TO DISMISS

**AND NOW**, this 7th day of October 2022, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim and Improper Venue, Plaintiff's Response in Opposition, and Defendant's Reply, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** as to improper venue and **DENIED** as to failure to state a claim. This case is hereby **ORDERED TRANSFERRED** forthwith to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1406(a).

BY THE COURT:

/s/ MICHAEL M. BAYLSON

---
**MICHAEL M. BAYLSON**
**United States District Judge**